AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Walter, Donald E | U.S. Dist Ct; Western Dist LA | 07/31/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Court Judge-Senior | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2007<br>to<br>12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 300 Fannin Street, Suite 4200<br>Shreveport, Louisiana 71101 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Left Intentionally Blank | |
| 2. Director | Air Service, an NGO humanitarian organization |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2 | |
| 3. | |

RECEIVED 2008 AUG 13 A 11: 25 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E | 07/31/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Left Intentionally Blank | | | | |
| 2. | Left Intentionally Blank | | | | |
| 3. | Air Service Board | 2/21/07 to 2/24/07 | Warrenton, Virginia | | Travel, food and lodging for activities of Board of Directors. |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E | 07/31/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. See attached description - timber farm rent | D | Rent | M | Q | | | | | |
| 2. Jefferson Davis Bank & Trust Account | A | Interest | K | T | | | | | |
| 3. See attached description | C | Royalty | K | V | | | | | |
| 4. Jefferson Davis Bank Common Stock | E | Dividend | N | T | | | | | |
| 5. See attached description | C | Rent | K | Q | | | | | |
| 6. Pierremont Oaks Tennis Club | | None | J | T | | | | | |
| 7. Left intentionally blank | | | | | | | | | |
| 8. Left intentionally blank | | | | | | | | | |
| 9. Left intentionally blank | | | | | | | | | |
| 10. Left intentionally blank | | | | | | | | | |
| 11. Left intentionally blank | | | | | | | | | |
| 12. Jefferson Davis Bank & Trust Common Stock | E | Dividend | N | T | | | | | |
| 13. Left intentionally blank | | | | | | | | | |
| 14. Other assets | | | | | | | | | |
| 15. Left intentionally blank | | | | | | | | | |
| 16. Left intentionally blank | | | | | | | | | |
| 17. See attached description | F | Royalty | M | V | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E | 07/31/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. See attached description | C | Royalty | J | V | | | | | |
| 19. Coastal Club Common Stock | | None | L | T | | | | | |
| 20. Left intentionally blank | | | | | | | | | |
| 21. Left intentionally blank | | | | | | | | | |
| 22. Note: Valuation Code V-asset value on 36mth gross prod | | | | | | | | | |
| 23. Other assets | | | | | | | | | |
| 24. Exxon Mobil Common Stock | A | Dividend | L | T | | | | | |
| 25. Left intentionally blank | | | | | | | | | |
| 26. Left intentionally blank | | | | | | | | | |
| 27. Intel Corp Common Stock | A | Dividend | J | T | | | | | |
| 28. Oracle Corp Common Stock | | None | K | T | | | | | |
| 29. Left intentionally blank | | | | | | | | | |
| 30. Bancorp South Account | A | Interest | J | T | | | | | |
| 31. Left intentionally blank | | | | | | | | | |
| 32. Verizon CommuniCo Common Stock | A | Dividend | J | T | | | | | |
| 33. Left intentionally blank | | | | | | | | | |
| 34. Pfizer Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | •P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E | 07/31/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Left intentionally blank | | | | | | | | | |
| 36. Merrill Lynch Banking | A | Interest | J | T | Transfers throughout year to | | J | None | ML Bank Deposit program |
| 37. Left intentionally blank | | | | | | | | | |
| 38. Left intentionally blank | | | | | | | | | |
| 39. Left intentionally blank | | | | | | | | | |
| 40. Left intentionally blank | | | | | | | | | |
| 41. Left intentionally blank | | | | | | | | | |
| 42. GE Common Stock | A | Dividend | J | T | | | | | |
| 43. Left intentionally blank | | | | | | | | | |
| 44. Left intentionally blank | | | | | | | | | |
| 45. Left intentionally blank | | | | | | | | | |
| 46. Left intentionally blank | | | | | | | | | |
| 47. Left intentionally blank | | | | | | | | | |
| 48. Other Assets-Blackrock Global Smallcap Fund Cl A & B | D | Dividend | K | T | | | | | |
| 49. IDEARC Common Stock | A | Dividend | J | T | Spinoff | 11/20 | J | | from Verizon Communication |
| 50. Left intentionally blank | | None | | | | | | | |
| 51. Duke Energy Corp | A | Dividend | J | T | Buy | 10/23 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E | 07/31/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Charles Schwab & Co., Inc.-money market | A | Interest | J | T | Transfers made throughout year to C.S Deposit Program | | J | None | |
| 53. Ford Motor Company | | None | | | Buy Sell | 02/15 10/17 | J J | A | |
| 54. Rayonier Inc. | | None | J | T | Buy | 7/11 | J | | |
| 55. Rayonier Inc. | | None | J | T | Reinvest | 10/01 | J | | |
| 56. Ford Motor Company | | None | J | T | Buy | 11/21 | J | | |
| 57. American Funds Bond Fund of America | A | Dividend | | | Initial Buy Sell | 01/29 6/21 | J J | add'l A | purchases during 2007 |
| 58. Janus Overseas Fd | A | Dividend | | | Initial Buy Sell | 01/29 12/19 | J J | add'l A | purchases during 2007 |
| 59. Hartford Capital Appr A | A | Dividend | J | T | Buy partial sell | 01/29 12/19 | J J | A | |
| 60. Oppenheimer Smal & Mid | | None | | | Buy Sell | 01/29 6/21 | J J | A | |
| 61. Blackrock Global Alloc I | A | Dividend | J | T | Buy partial sell | 01/29 12/19 | J J | A | |
| 62. ComputerShare | A | Distribution | | | Settlement | | J | | |
| 63. American Centy Equity Inc. | A | Dividend | | | Initial Buy Sell | 01/29 12/19 | J J | add'l A | purchases during 2007 |
| 64. Franklin Inc. | A | Dividend | | | Initial Buy Sell | 01/29 12/19 | J J | add'l A | purchases during 2007 |
| 65. ComputerShare | A | Distribution | | | Liquidation | 11/28 | J | A | |
| 66. MFS Value Fd Cl A | A | Dividend | J | T | Buy | 01/29 | J | | |
| 67. JP Morgan Fleming Intrepid European Cl A | A | Dividend | J | T | Buy | 6/21 | J | | |
| 68. Loomis Sayles Invt Grade Bd Fd | A | Dividend | J | T | Buy | 06/21 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | Walter, Donald E | 07/31/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. MFS Research Intl Fund Class A | A | Dividend | J | T | Buy | 01/29 | J | | |
| 70. Phoenix Multi Sector | A | Dividend | J | T | Buy | 01/29 | J | | |
| 71. Templeton Growth Fd Inc. Class A | A | Dividend | J | T | Initial Buy partial sell | 01/29 12/19 | J J | add'l A | purchases during 2007 |
| 72. Blackrock Equity Dividend Fund Instl | A | Dividend | J | T | Buy | 12/19 | J | | |
| 73. Loomis Sayles Global | | None | J | T | Buy | 12/19 | J | | |
| 74. MFS Sector Rotational | | None | J | T | Buy | 12/19 | J | | |
| 75. Merrill Lynch CMA Money Funds | A | Dividend | K | T | Transfers made throughout year to ML Bank Deposit Progra | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E | 07/31/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

#16, Merrill Lynch CMA Money Funds- transfers throughout the year to ML bank Deposit Program.

# 20-Merrill Lynch Global Smallcap Fnd Cl A & B renamed Blackrock Global Smallcap Fund Cl A&B see #48.

#36, Merrill Lynch Banking-transfers throughout the year to ML Bank Deposit Program.

#46, Jeff Davis Bank & Trust Bank Accounts had no value at the end of 2006. Power of Attorney terminated at death ███ 10/26/2006.

#48, Other Assets- Blackrock Global-Smallcap Fund Cl A&B: name change from Merrill Lynch Global Smallcap Fund Cl A&B-see #20.

#50, Jeff Davis Bank & Trust-account was closed in 2006.

#62 Computer Share Settlement: the proceeds were investment income from a class action lawsuit, the asset is no longer held.

#65 Computer Share Liquidation: the proceeds were investment income from a class action lawsuit, the asset is no longer held.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle. N.E.
Washington, D.C. 20544

ATTACHMENT TO FINANCIAL DISCLOSURE REPORT

OF DONALD E. WALTER

JULY 31, 2008

Part VII – Investments and Trusts

Description of #1
Undeveloped land outside of Waynesboro, Wayne County, Mississippi, and Louisiana farmlands located in Jefferson Parish, Louisiana.

Description of #3
Working interest – Hanna #1 Grafton, Blackbird and Thelma Morris – Leon, Houston and other counties in Texas income paid by Palmer Production, Inc.

Description of #5
An undivided interest in real estate located in Jennings, Louisiana.

Description of #17
Royalty interest in Jeff Davis and Vermillion Parishes, Louisiana – Production income paid by Hillcorp Energy.

Description of #18
Working interest – Alabama Ferry Units in Leon, Houston and other counties in Texas income paid by Hillcorp Corporation.